FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 MAY 27 PM 2: 11

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:03CR57 |
| vs. | ) ) ) | **FINAL ORDER OF FORFEITURE** |
| JESSIE DOMINGUEZ and, REBEKAH D. TEAGUE, | ) ) ) ) | |
| Defendants. | ) | |

NOW ON THIS 27th day of May, 2005, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture and Memorandum Brief. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On February 23, 2005, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 846, 853 and Title 18, United States Code, Section 924, based upon the Defendants' pleas of guilty to Counts I, II, III and IV of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendants' interest in $3,784.00 in United States currency, $2,480.00 in United States currency and a 1996 Dodge 1500 pickup, VIN 3B7HC13Y4TM154293 was forfeited to the United States.

2. On March 17, 24 and 31, 2005, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal

interest(s) in said properties. An Affidavit of Publication was filed herein on May 3, 2005 (Filing No. 74).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the subject properties, i.e., $3,784.00 in United States currency, $2,480.00 in United States currency and a 1996 Dodge 1500 pickup, VIN 3B7HC13Y4TM154293, held by any person or entity, is hereby forever barred and foreclosed.

C. The subject properties, i.e., $3,784.00 in United States currency, $2,480.00 in United States currency and a 1996 Dodge 1500 pickup, VIN 3B7HC13Y4TM154293, be, and the same hereby is, forfeited to the United States of America.

D. The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 27th day of May, 2005.

BY THE COURT:

RICHARD G. KOPF, JUDGE
United States District Court