# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 8:03CR57 |
| | ) | |
| JESSE M. DOMINGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Review Detention, filing 99. This Court, being fully advised in the premises, and noting that the government and the probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall be released from the custody of the United States Marshal for transportation by the Federal Defender's Office directly to Cornhusker Place, upon notification by the Federal Public Defender's Office of a date and time of admission. Mr. Dominguez is ordered to immediately report to the United States Probation Office upon his successful or unsuccessful discharge from Cornhusker Place.

All other conditions of Mr. Dominguez's supervised release, not inconsistent with this Order, shall remain in effect.

Dated November 13, 2009.

              BY THE COURT:

              *Richard G. Kopf*
              United States District Judge