IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 8:03CR57 |
| | ) | |
| JESSE DOMINGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Status Conference, filing 113, now set for March 17, 2010, at 12:00 noon until a date certain in approximately 90 days for a disposition hearing. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the status conference in this case is canceled and the defendant's disposition hearing is set on the 15th day of June, 2010, at 1:00 p.m. The defendant is ordered to appear at such time.

Dated March 15, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge